IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01901-WYD-MJW

STEVEN F. GARVIN AND
NANCY GARVIN,

    Plaintiffs,

v.

CITIMORTGAGE INC.;
JPMORGAN CHASE BANK, N.A.;
CHASE HOME FINANCE, LLC;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND
DOES 1-10,

    Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation for Voluntary Dismissal of Action (ECF No. 22), filed August 26, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case should be dismissed without prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that Stipulation for Voluntary Dismissal of Action (ECF No. 22), filed August 26, 2011, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: August 26, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge